## STATE of Missouri, Plaintiff/Respondent,

v.

## Jeremiah FLOYD, Defendant/Appellant.

### No. 70743.

Missouri Court of Appeals,
Eastern District,
Division One.

June 10, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa A. Fischer, Assistant Attorney General, Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals after his conviction by a jury of forcible rape, § 566.030, RSMo 1994. The court sentenced him as a persistent offender to a prison term of twenty-five years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information

only, setting forth the reasons for this order pursuant to Rule 30.25(b).